

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-18-00326-CR

**RAFE A. GOODMAN,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

_____

**From the County Court
Navarro County, Texas
Trial Court No. 72713**

---

## ABATEMENT ORDER

---

The appellant's brief is overdue in this appeal.

We abate this appeal to the trial court to conduct any necessary hearings within 30

days of the date of this Order pursuant to Texas Rule of Appellate Procedure 38.8(b)(2)

and (3). TEX. R. APP. P. 38.8(b)(2), (3).

The supplemental clerk's and reporter's records required by the rule, if any, are

ordered to be filed within 45 days of the date of this Order. *See id*.


PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Neill
Appeal abated
Order issued and filed April 3, 2019
Do not publish

